# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-11-7180-R**                    **DATE: FEBRUARY 24, 2012**

**TITLE: U.S.A. -V- $132,245.00 IN U.S. CURRENCY**
==================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

    **William Horrell**                              **N/A**
    **Deputy Clerk**                              **Court Reporter**

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANT:

    **Not present**                              **Not present**


**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF
                 PROSECUTION**

    THIS MATTER IS SET ON CALENDAR ON MARCH 12, 2012

    AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE

    DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF

    THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING

    OF COUNSEL.  ATTENDANCE AT THE HEARING IS MANDATORY;

    FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE

    ACTION.


    cc: counsel of record


**MINUTES FORM II**                                      Initials of Deputy Clerk __WH__
**CIVIL - GEN**                    **D-M**